1058

[No. 24791-1-III. Division Three. May 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GENE MARQUETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00405-4, Harold D. Clarke III, J., entered December 1, 2005. *Reversed* and *remanded* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25076-8-III. Division Three. May 31, 2007.]

OTIS HOUSING ASSOCIATION, INC., *Appellant*, v. JOHN HA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-05650-3, Salvatore F. Cozza, J., entered March 10, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J. Now published at 140 Wn. App. 470.

[No. 25137-3-III. Division Three. May 31, 2007.]

THE STATE OF WASHINGTON, *Respondent* v. GEORGE VERDEL FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00302-1, Neal Q. Rielly, J., entered March 22, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 25346-5-III. Division Three. May 31, 2007.]

CHARLES LAIBL ET AL., *Appellants*, v. LAURENCE MCATEE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-01042-8, John M. Antosz, J., entered June 1, 2006. *Reversed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.